# EXHIBITS 1-3

# VIDEOS FILED CONVENTIONALLY